# UNITED STATES DISTRICT COURT

## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Mason Charuhas | **Judgment in a Criminal Case**<br>(For a Petty Offense)    26-mj-2095<br><br>Case No.   TM12 E1986851/E198652/E1986853/E1986854<br><br>USM No.<br><br>David Fletcher<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded  ☒ guilty  ☐ nolo contendere to count(s)  1,2,3, and 4

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.22(b)(3) | Unsafe Operation | 11/20/2024 | 1 |
| 36 CFR 2.35(a)(2)(ii) | Minor in Possession of Alcohol | 11/20/2024 | 2 |
| 55-10-106 | Failure to Immediately Report an Accident | 11/20/2024 | 3 |
| 36 CFR 4.15 | No Seatbelt | 11/20/2024 | 4 |

      The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8235

Defendant's Year of Birth:  2005

City and State of Defendant's Residence:
Muscle Shoals, AL

4/9/2026
Date of Imposition of Judgment

_____
Signature of Judge

Jeffery S. Frensley, United States Magistrate Judge
Name and Title of Judge

4/9/2026
Date

Judgment — Page _____ of _____

DEFENDANT:        Charuhas, Mason
CASE NUMBER:      TM12 E1986851/E198652/E1986853/E1986854

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of
48 hours to be served in a facility by defendant's residence.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____  ☐  a.m.  ☐  p.m.  on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL